IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AUBURN UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:08cv796-CSC |
| ) | (WO) |
| MIKE MOODY and ) | |
| SIXFINGERYEAR.COM ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the permanent injunction entered this date, it is the

ORDER, JUDGMENT, and DECREE of the court that judgment be and is hereby entered in favor of the plaintiff and against the defendants, and that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 11th day of December, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE